UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CAUSE NO.   1:10-cr-03  WCL |
| | ) | |
| ADAM T. GRAEF | ) | |
| | ) | |
| Defendant. | ) | |

**ACCEPTANCE OF PLEA OF GUILTY,
ADJUDICATION OF GUILTY AND
NOTICE OF SENTENCING**

Pursuant to the  Report and Recommendation of the United States Magistrate Judge, to which the

defendant has waived objection, and subject to this Court's consideration of the Plea Agreement pursuant

to Fed. R. Crim. P. 11(e)(2), the plea of guilty of the offenses charged in Count 1 of the indictment  is

hereby  accepted, and the defendant is adjudged guilty of such offenses.  The defendant and his counsel

shall appear before the undersigned for sentencing on the **18th**  day of  **October** , **2010,** at **10:30**  a.m.

**Any sentencing memoranda or motions related to sentencing shall be filed no later than ONE**

**WEEK prior to sentencing.  The attention of the parties is directed to the timetable outlined in the**

**Presentence Scheduling Notice attached hereto**.  If counsel are unable to comply with this timetable,

they shall obtain an extension of the filing deadline from the court.

If objections to the to the pre-sentence report are not timely filed, thereby affording the court an

adequate opportunity to review said objections, the sentencing hearing MUST BE CONTINUED.

Accordingly, if defense counsel wishes to present an objection to the court, and said objection has not been

timely filed, it will be the responsibility of said counsel to file a motion for continuance of the sentencing,

and provide to the court a full recitation of the reasons why the objection or objections were not timely filed.

IT IS SO ORDERED this   14th  day of  July  , 2010

                     /s/William C. Lee

                     William C. Lee,  Judge
                     United States District Court

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**FORT WAYNE DIVISION**

United States of America,

vs.                                                   Criminal No.  1:10-cr-03  WCL

Adam T. Graef

Defendant.

## PRESENTENCE SCHEDULING NOTICE


Date of Referral to Probation Officer:                                June 29, 2010
                                                          _____
                                                          (Date of Plea or Verdict)


The Proposed Presentence Report Shall be Disclosed to
Counsel no Later Than:                                        September 13, 2010
                                                          _____
                                                          (35 Days Before Sentencing)


Counsel's Written Objections or Acknowledgment of
No Objections to the Pre-Sentence Report Shall be
Delivered to the Probation Officer and Opposing
Counsel no Later Than **14 Days After Disclosure**.

The Presentence Report Shall be Submitted to the
Court and Disclosed to Counsel no Later Than:                    October 8, 2010
                                                          _____
                                                          (10 Days Before Sentencing)


Judgment and Sentencing Date:                                   October 18, 2010
                                                          _____
                                                          (At Least 70 Days After Plea or Verdict)


**Any sentencing memoranda or motions related to sentencing shall be filed no later than ONE WEEK prior to sentencing**